Jennifer Sarah YAGODA,
Plaintiff–Appellant,

v.

NEW HANOVER CHILD PROTEC-
TIVE SERVICES; John Davis; Kari
Sanders; Renee Hall; Georgia Morris,
Defendants–Appellees.

No. 16-1072

United States Court of Appeals,
Fourth Circuit.

Submitted: August 18, 2016

Decided: August 22, 2016

Jennifer Sarah Yagoda, Appellant Pro Se. Mary Craven Adams, Sonny Sade Haynes, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston–Salem, North Carolina, for Appellees.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Sarah Yagoda appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Yagoda v. New Hanover Child Protective Servs., No. 7:11–cv–00122–BO (E.D.N.C. Jan. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED